# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2009

138976

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANN COBLENTZ, LEE COBLENTZ, JOHN
LEWANDOWSKI, and DEBORAH
LEWANDOWSKI,
          Plaintiffs-Appellants,

v

CITY OF NOVI,
          Defendant-Appellee.

SC: 138976
COA: 290075
Oakland CC: 03-046760-CZ

_____/

On order of the Court, the application for leave to appeal the May 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2009

_____
Clerk

s1110